**Order entered May 4, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01229-CR

**JOHNNY RAY WALKER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F13-60285-Y**

## ORDER

The Court **REINSTATES** the appeal.

On February 19, 2015, we ordered the trial court to make findings of fact regarding why the clerk's and reporter's records had not been filed. We received the clerk's record on March 24, 2015. We **ADOPT** the trial court's findings that: (1) Sharon Hazlewood is the court reporter who recorded the proceedings; and (2) Ms. Hazlewood stated she would file the reporter's record by May 1, 2015. We received the reporter's record on April 29, 2015 and State's Exhibit nos. 46 and 47 on May 1, 2015.

Appellant's brief is due within thirty days of the date of this order.

/s/      CAROLYN WRIGHT
CHIEF JUSTICE